UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

KYREE CHARLES SHAW et al.,

Plaintiffs,

-against-

ADELINE TRUCKING LLC et al.,

Defendants.

---------------------------------------------------------- X

26 Civ. 7306 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order entered August 31, 2026, referred this case for mediation under Local Civil Rule 83.9. It is hereby

**ORDERED** that the parties shall file a joint letter **every 45 days**, beginning from the date of this Order, regarding the status of mediation.

Dated: September 1, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE