UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KYREE CHARLES SHAW et al., Plaintiffs, -against- ADELINE TRUCKING LLC et al., Defendants. | : | 26 Civ. 7306 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order entered September 1, 2026, directed the parties to file a joint letter regarding the status of mediation every 45 days from the date of the Order.

WHERAS, the parties failed to file the joint letter as required by the Order. It is hereby

**ORDERED** that, as soon as possible, and by no later than **October 26, 2026**, the parties shall file the joint letter.

Dated: October 21, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**