SHIM LAW
GROUP

Professional Corporation
Attorneys at Law

213-33 39th Avenue, Suite 203, Bayside, New York 11361

Tel: +1 (718) 878-1177
Fax: +1 (718) 255-5162

Shimun A. Ilyayev, Esq.
Shim@shimlawgroup.com

www.shimlawgroup.com

October 26, 2026

**Via ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

**Re: Kyree Charles Shaw and Phillip C. Shaw v. Adeline Trucking LLC et al**
**Case No. 1:26-cv-07306-LGS**

Dear Judge Schofield:

My firm represents the Plaintiffs in the above referenced matter.

We write in response to defendant CRST's letter motion dated 10/20/26. After evaluating the contents of the letter and the attached affidavit my firm reached out to counsel for CRST this morning 10/26/26 and offered a discontinuation without prejudice. At this time, we saw no need for them to be in the case but wish to reserve the right to bring them back should discovery produce any link to their client as Adeline Trucking LLC has also denied ownership of the vehicle in question.

I have confirmed with all defendants that all parties agree to a discontinuance without prejudice for CRST, we will be circulating and executing a stipulation confirming same. If anything else is needed please let us know.

Sincerely,

Michael Nathan

Shim Law Group PC