WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

October 26, 2026

**George N. Tompkins, III**
212.915.5562 (direct)
George.TompkinsIII@wilsonelser.com

**Via ECF**
The Honorable Lorna G. Schofield
Unites States District Judge
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

**Re: Kyree Charles Shaw and Phillip C. Shaw v. Adeline Trucking LLC et al**
**Case No. 1:26-cv-07306-LGS**

Dear Judge Schofield:

We represent defendants Adeline Trucking LLC and Saturnino Campos in the above referenced matter. I write on behalf of all parties in response to your Order dated October 21, 2026 requesting a joint letter on the status of mediation. Frederick Alimonte has been appointed as mediator, and we are to agree upon a date for mediation by October 28, 2026 and advise the mediator accordingly. The parties have discussed a possible date for mediation and expect to finalize a date later today. Defendant CRST will not be attending the mediation as they do not belong in this case based on counsel's recent submission to the Court. See Letter Motion, Doc. No. 10.

Counsel for plaintiff and the remaining defendants have agreed to conduct the mediation virtually. The current dates for the mediation being discussed are December 3, 2026 and December 4, 2026. We expect to notify Mr. Alimonte of the preferred date no later than October 28, 2026 in accordance with the Notice of Assignment from the Mediation Office

If you have any questions, please have a member of your staff contact me.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*George N. Tompkins, III*

George N. Tompkins, III

cc: SHIM LAW GROUP, P.C.
Michael Nathan, Esq.
213-33 39th Avenue, Suite 203
Bayside, NY 11361
(718) 878-1177
Attorneys for Plaintiffs
KYREE CHARLES SHAW and PHILIP C. SHAW

LESTER SCHWAB KATZ & DWYER, LLP
Thomas V. Backis
100 Wall Street
New York, New York 10005
(212) 341-4244
Attorneys for Defendant
CRST THE TRANSPORTATION SOLUTION, INC. FKA PEGASUS TRANSPORTATION INC.